**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

GONZALO ADONAY SILVA VENTURA,

     Petitioner,

v.                                  No. 1:26-cv-00759-MLG-GBW

WARDEN, Torrance County Detention
Facility, et al.,

     Respondents.

**ORDER GRANTING RESPONDENTS' AMENDED MOTION TO DISMISS, DENYING
PETITIONER'S REQUEST FOR WRIT OF HABEAS CORPUS AS MOOT, AND
<u>DISSOLVING TRANSFER INJUNCTION</u>**

On March 13, 2026, pro se Petitioner Gonzalo Adonay Silva Ventura filed a Verified Petition for Writ of Habeas Corpus and Declaratory and Injunctive Relief for an Order to Show Cause ("Petition"), Doc. 1. His Petition challenged the lawfulness of his warrantless arrest as lacking probable cause and his subsequent detention without an individualized custody determination as infringing on his procedural due process rights. *See id.* at 2. As a remedy, Silva Ventura requested that the Court: (1) enjoin Respondents from transferring him outside of the U.S. District of New Mexico during the pendency of his habeas case; and (2) order his immediate release from federal immigration custody. *See id.* at 16; *see also id.* (asking the Court for related declaratory relief). The Court enjoined Silva Ventura's transfer outside the district and required Respondents to show cause within ten days why the Petition should not be granted. *See* Doc. 4.

On May 6, 2026, Federal Respondents answered the Court's Order to Show Cause with a Motion to Dismiss Petition as Moot and to Dissolve Transfer Injunction. Docs. 6-7. In its Motion, Respondents informed the Court that Silva Ventura had already been released from federal

1

immigration custody, and therefore, his Petition no longer presented a live controversy for the Court's review. *See* Doc. 7 at 1-2.

The Court finds Respondents' motion well-taken—now that Silva Ventura has been released from custody, his desired relief as stated in his Petition has already been granted. *Accord Aragon v. Shanks*, 144 F.3d 690, 691 (10th Cir. 1998) ("A habeas corpus petition is moot when [petitioner is released from custody] and it no longer presents a case or controversy under Article III, § 2, of the Constitution."). Therefore, without reaching the merits of Silva Ventura's legal challenges, the Court hereby grants Respondents' Amended Motion to Dismiss, Doc. 7, and denies Silva Ventura's Petition for Writ of Habeas Corpus, Doc. 1, as moot. Absent federal custody, the Court's ancillary injunction enjoining Silva Ventura's transfer from the District is no longer applicable and is hereby dissolved.

Final judgment will be entered contemporaneously pursuant to Federal Rule of Civil Procedure 58(a).

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA